**07 CV 6376**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** MANN, LOTUS BAY AND LIAN MEI

-v-

**Defendant** Michael Brown, et al

Case No.

Rule 7.1 Statement

JUL 12 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Plaintiffs____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 7/10/07

Signature of Attorney

Attorney Bar Code: JB 5707

Form Rule7_1.pdf