UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 4 2007

Docket #07-CV-6376

ROBERT W. MANN, AS TRUSTEE FOR
ROBERT W. MANN RETIREMENT TRUST,
LOTUSBAY, LLC,
LIAN MEI DEVELOPMENT, LLC,
  (both incorporated in State of Delaware)
            Plaintiffs

V.

MICHAEL ROBERT ALEXANDER BROWN,
a/k/a MICHAEL BROWN,
5th AVENUE PARTNERS, LTD., a/k/a FIFTH
AVENUE PARTNERS, LTD.,
5th AVENUE PARTNERS (U.K.), LTD., a/k/a
FIFTH AVENUE PARTNERS, LTD.;
LAMBERHURST DEVELOPMENTS, LTD.,
IDB FOUNDATION,
  (all entities incorporated in England and Wales)
DEVONSHIRE CAPITAL, LTD.,
  (incorporated in Gibraltar)
5th AVENUE PARTNERS, GMBH, a/k/a
FIFTH AVENUE PARTNERS GMBH
  (incorporated in Switzerland)
FIFTH AVENUE PARTNERS, S.L., a/k/a 5th
AVENUE PARTNERS, S.L.
  (incorporated in Spain)
5th AVENUE PARTNERS, LTD., a/k/a
FIFTH AVENUE PARTNERS, LTD.
  (incorporated in British Virgin Islands)

            Defendants

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Joshua Bachrach, attorney for Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew R. Benedict, Esquire |
| Firm Name: | Rawle & Henderson LLP |
| Address: | The Widener Building |
| | One South Penn Square |
| City/State/Zip: | Philadelphia, Pennsylvania 19107 |
| Email Address: | abenedict@rawle.com |

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

2116457-1



Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:      AUG 1 4 2007

_____
United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**

2116457-1