# RAWLE & HENDERSON





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 9 2007

JOSHUA BACHRACH
jbachrach@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

August 7, 2007

*VIA FACSIMILE 212-805-6737*
The Honorable George B. Daniels
U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

**SO ORDERED**
The initial conference is rescheduled to September 20, 2007 at 9:30 a.m.

*George B Daniels*
HON. GEORGE B. DANIELS
AUG 09 2007

   In Re:  Mann, et al. v. Brown, et al. 07-CV-6376
           Mann, et al. v. Brown, et al. 07-CV-4779
           Our File No. 445,910

Dear Judge Daniels:

   We are writing to respectfully request that pretrial conference in the above-captioned case which is scheduled for August 16, 2007 at 9:30 a.m. be continued for at least thirty (30) days. As Your Honor maybe aware, we have filed a companion case which has a pretrial conference date of September 20, 2007. We have not yet been able to serve any defendants overseas. Therefore , we believe that a conference in August would be a waste of judicial resources. Additionally, we have pending Motion *Pro Hac Vice* which we would like to have decided prior to any Conference.

   We appreciate your consideration in this matter. Should you have any questions, please contact the us.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: *Joshua Bachrach/pz*
    Joshua Bachrach

JB/ARB/smg

2124964-1

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   MEDIA, PA   MARLTON, NJ   NEW YORK, NY   WILMINGTON, DE   WHEELING, WV