# RAWLE & HENDERSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 0 2008



ANDREW R. BENEDICT
215-575-4277
abenedict@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

March 18, 2008

**SO ORDERED**

*Via Facsimile Only*

*[signature]* George B. Daniels

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**HON. GEORGE B. DANIELS**

MAR 2 0 2008

In Re: Mann, et al. v. Brown, et al
07-CV- 4779; 07-CV-6376
Our File No. 445,910

Dear Judge Daniels:

We are writing to request a continuance of the Case Management Conference scheduled in this matter for Wednesday, March 19, 2008. We have located defendant, Michael Brown, in a London prison and have served him. However, it will take approximately a week to hear back from the U.K. solicitors to confirm that service was properly effectuated according to their regulations. We kindly ask that this Conference be re-scheduled for April 8, 2008 at 9:30 a.m. We also believe that another attorney will be entering on behalf of one of the plaintiffs. This continuance will allow him to become acquainted with the file prior to the conference.

Thank you. We look forward to hearing from you.

Respectfully yours,

RAWLE & HENDERSON LLP

By: *[signature]*
    Andrew R. Benedict

ARB/tmw

2338129-1

PHILADELPHIA, PA    PITTSBURGH, PA    HARRISBURG, PA    MEDIA, PA    MARLTON, NJ    NEW YORK, NY    WILMINGTON, DE    WHEELING, WV