UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. MANN, et al. | Docket # 07 cv 6376 |
| Plaintiffs, | RULE 41(a)(1)(A)(i) DISMISSAL |
| v. | WITHOUT PREJUDICE |
| MICHAEL ROBERT ALEXANDER BROWN, a/k/a MICHAEL BROWN, et al. | |
| Defendants. | |

**PLAINTIFFS', ROBERT W. MANN RETIREMENT TRUST, LOTUSBAY, LLC AND LIEN MEI DEVELOPMENT, LLC,
VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiffs, Robert W. Mann Retirement Trust, Lotusbay, LLC and Lien Mei Development, LLC, by their attorneys, Rawle & Henderson LLP, hereby dismiss their claims in this action without prejudice pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: April 23, 2008

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
Andrew R. Benedict

2370627-1

2370627-1